COMMONWEALTH OF KENTUCKY　　　　　　　　　　　CASE NO. 12-C-00240
COURT OF JUSTICE

**CIVIL SUMMONS**

Lawrence District Court
Division ____

MIDLAND FUNDING LLC　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**

VS.

QUENTIN J THOMPSON　　　　　　　　　　　　　　　　　　　　　　　**DEFENDANT**
SS# XXX-XX- 2462

SERVE:  Quentin J Thompson　　　　　　　POE:
　　　　　6217 Highway 1760
　　　　　Louisa KY 41230

**THE COMMONWEALTH OF KENTUCKY TO THE ABOVE-NAMED DEFENDANT(S):**

You are hereby notified a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney in your behalf** and filed in the Clerk's Office within 20 days following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached Complaint.

The name(s) and address(es) of the party or parties demanding relief against you are shown on the document delivered to you with this Summons.

Date: 8-7, 2012　　　　　　Clerk: _____
　　　　　　　　　　　　　　By: _____ D.C.

**Proof of Service**

This summons was served by delivering a true copy and the Complaint (or other initiating document) to:
_Quentin J. Thompson_
this 15 day of August, 2012.

Served by: _____
Title: Deputy

12Y04850 - pckdbx.frm

NO. 12-C-00240

LAWRENCE DISTRICT COURT
DIVISION _____

**MIDLAND FUNDING LLC**                                    PLAINTIFF

VS.

**QUENTIN J THOMPSON**                                     DEFENDANT(S)
**6217 HIGHWAY 1760**
**LOUISA KY 41230**

FILED THIS _____ DAY _____ 20__
JODI L. PARSLEY, CLERK
LAWRENCE CIRCUIT COURT
BY: _____ D.C.

**COMPLAINT**
*** *** *** *** ***

Comes the Plaintiff, the Creditor herein, by Counsel, and for its complaint, states as follows:

1. That the account of QUENTIN J THOMPSON, bearing the account number ending in 7120, is in default.

2. Said account is due and payable to MIDLAND FUNDING LLC, having acquired the account through sale, assignment or other legal means.

3. The original creditor is FCNB-NEWPORT NEWS.

4. Said obligation is past due, and the Defendant(s) owes Plaintiff $773.19, with interest thereon at the rate of 8% per annum from February 9, 2003 until date of judgment with 12% per annum thereafter until paid, plus court costs.

WHEREFORE, Plaintiff demands judgment against the Defendant(s) for the sums plus interest set forth above and court costs.

MORGAN & POTTINGER, P.S.C.

_____
☐ Molly Rose, KBA #88751
☐ Kathryn H. Hogan, KBA #83078
☐ Julia M. Pike, KBA #81296
☑ Melissa R. Miller, KBA #93443
*Counsel for Plaintiff*
204 East Market Street
Louisville, KY 40202
502-560-6700 / 888-281-3490

12Y04850 - pckdbx.frm

State of KENTUCKY

MIDLAND FUNDING LLC,

Plaintiff

-vs-                                                         AFFIDAVIT OF HEIDI HENNEN

Quentin J Thompson,

Defendant(s).

---

Heidi Hennen, whose business address is 16 Mcleland Road Suite 101, St. Cloud, MN 56303, certifies and says:

1. I am employed as a Legal Specialist and have access to pertinent account records for Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff. I am a competent person over eighteen years of age, and make the statements herein based upon personal knowledge of those account records maintained on plaintiff's behalf. Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was assigned all the rights, title and interest to defendant's FCNB-NEWPORT NEWS account _____7120 (MCM Numb_____) (hereinafter "the account"). I have access to and have reviewed the records pertaining to the account and am authorized to make this affidavit on plaintiff's behalf.

2. I am familiar with the manner and method by which MCM creates and maintains its business records pertaining to this account. The records are kept in the regular course of business. It was in the regular course of business for a person with knowledge of the act or event recorded to make the record or data compilation, or for a person with knowledge to transmit information thereof to be included in such record. In the regular course of business, the record or compilation is made at or near the time of the act or event. The relevant financial information concerning the account includes the following:

---

AFFIDAVIT OF HEIDI HENNEN - 1

3. The account shows that the defendant(s) owed a balance of $773.19; and I am advised that such balance will continue to accrue interest at the rate set forth in the cardholder agreement/original contract and/or as required by law.

I certify under penalty of perjury that the foregoing statements are true and correct to the best of my knowledge.

MAR 2 2 2012
_____                    _____
Date                                                                 Heidi Hennen

STATE OF MINNESOTA

COUNTY OF STEARNS

Signed and sworn to (or affirmed) before me on  MAR 2 2 2012  by Heidi Hennen.

_____
Notary Public

My commission expires:_____

(Seal)

KAYLA M HAAG
Notary Public-Minnesota
My Commission Expires Jan.31,2017

KY128
Morgan & Pottinger, P.S.C.

---

AFFIDAVIT OF HEIDI HENNEN - 2