# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Ashland Division**

| | |
|---|---|
| Quentin J. Thompson<br>*Plaintiff* | )<br>)<br>) |
| v. | )    Case No.    0:13-cv-00096 |
| Midland Funding, LLC<br>*Defendant* | )<br>)<br>)<br>) |

**PLAINTIFF'S RULE 26 INITIAL DISCLOSURE**

Pursuant to Rule 26 of The Federal Rules of Civil Procedure, Plaintiff, by and through her undersigned attorney, provides the following initial disclosure:

> **(i)** the name and, if known, the address and telephone number of each individual likely to have discoverable information--along with the subjects of that information--that the disclosing party may use to support its claims or defenses, unless the use would be solely for impeachment;

DISCLOSURE:

**Other than Plaintiff himself, Plaintiff is unaware of any other person that falls within this required disclosure.**

> **(ii)** a copy—or a description by category and location—of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses, unless the use would be solely for impeachment;

DISCLOSURE:

**All relevant documents in Plaintiff's possession and control were attached as exhibits to Plaintiff's Complaint.**

> **(iii)** a computation of each category of damages claimed by the disclosing party--who must also make available for inspection and copying as under Rule 34 the documents or other evidentiary material, unless privileged or protected from disclosure, on which

>each computation is based, including materials bearing on the
>nature and extent of injuries suffered;

DISCLOSURE:

**Plaintiff has statutory damages of $1,000.00 under 15 U.S.C. § 1692k. Plaintiff also has the right recover his reasonable attorney's fees and costs under 15 U.S.C. § 1692kThese damages are ongoing and continuing.**

>**(iv)** for inspection and copying as under Rule 34, any insurance
>agreement under which an insurance business may be liable to
>satisfy all or part of a possible judgment in the action or to
>indemnify or reimburse for payments made to satisfy the judgment.

DISCLOSURE:

**None.**


        Respectfully Submitted,

        /s/ James R. McKenzie
        James R. McKenzie
        James R. McKenzie Attorney PLC
        4055 Shelbyville Road
        Suite B
        Louisville, KY 40207
        (502) 371-2179
        Email:  jmckenzie@jmckenzielaw.com


        **James H. Lawson**
        *Lawson at Law, PLLC*
        10600 Timberwood Circle
        Suite 1
        Louisville, KY 40223
        (502) 473-6525
        Email:  james@kyclc.com

## Certificate of Service

This is to certify that certify that I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system which will send electronic notification of the filing to those parties or counsel set forth below who have appeared in this case and are registered as CM/ECF participants this the 16th day of September, 2013:

>John M. Williams
>Rajkovich, Williams, Kilpatrick
>& True, PLLC
>3151 Beaumont Centre Circle, Suite 375
>Lexington, KY 40513
>Tel: 859-245-1059
>Fax: 859-245-1231
>williams@rwktlaw.com
>*Counsel for Defendants*

>/s/ James R. McKenzie
>Counsel for Plaintiff