# UNITED STATES DISTRICT COURT
for the
**Eastern District of Kentucky**
**Ashland Division**

| | |
|---|---|
| Quentin J. Thompson<br>*Plaintiff* | )<br>)<br>) |
| v. | )    Case No.    0:13-cv-00096<br>) |
| Midland Funding, LLC<br>*Defendant* | )<br>)<br>)<br>) |

### AGREED REPORT OF PLANNING CONFERENCE AND DISCOVERY PLAN

The parties have conferred and agree as follows:

**BRIEFLY DESCRIBE CLAIMS:**

This is an action for an alleged violation of the Fair Debt Collection Practices Act ("FDCPA"). Plaintiff, Quentin J. Thompson ("Plaintiff"), obtained a FCNB/Newport News credit card more than ten (10) years ago. To the best of his recollection, Plaintiff Thompson closed the account sometime in 2002 with no balance remaining on the account. After closing his account, Plaintiff Thompson heard nothing more about his FCNB/Newport News credit card until Defendant, Midland Funding, LLC ("Midland"), sued him in Lawrence District Court in August of 2012. Midland as assignee for FCNB/Newport News, sued Plaintiff for the unpaid credit debt.

Mr. Thompson filed an answer to the complaint and moved for judgment on the pleadings. After hearing arguments of counsel, the Lawrence District Court granted Mr. Thompson's summary judgment on grounds that Midland's claims were barred by the applicable statute of limitations.

**THE PARTIES BELIEVE THAT A SCHEDULING CONFERENCE WOULD BE HELPFUL NOW IN THIS CASE:** Yes_____ No ___X___
**IF YES, for what reason for the conference:**

**PRE-DISCOVERY DISCLOSURES** (Fed.R.Civ.P.26(a)(l)by: <u>October 15, 2013</u>

This disclosure includes any document or item which may be an exhibit at trial, except those which are created for use at trial.

**PRELIMINARY DISCOVERY** on all issues shall be completed by: April <u>30, 2014</u>

**SPECIAL INSTRUCTIONS RE: INTERROGATORIES, REQUESTS FOR ADMISSION AND DEPOSITIONS:**
Parties limited each to: 30 interrogatories; 30 requests for production; 30 requests for admission.

**IDENTIFY EXPERTS AND COMPLIANCE** with Fed.R.Civ.P. 26(a)(2):
from Plaintiff(s) by:   April 30, 2014
from Defendant(s) by: May 31, 2014

**JOINDER(S) OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS** shall be due by:
Plaintiff proposes April 30, 2014 to allow for preliminary completion of discovery. Defendant proposes December 1, 2013.

**OTHER MISCELLANEOUS MATTERS:** (any further additions)
**ALL DISCOVERY** shall be completed by: September 30, 2014

**THE PARTIES SHALL SUPPLEMENT ALL DISCLOSURES AND RESPONSES AS REQUIRED BY FED.R.CIV.P.26(E) WITHIN A REASONABLE TIME BUT NO LATER THAN:** August 31, 2014

**PLAINTIFF'S MOTION FOR CLASS CERTIFICATION BY:** October 31, 2014
**DEFENDANT'S RESPONSE TO MOTION FOR CLASS CERTIFICATION BY:** December 15, 2014.

**DISPOSITIVE MOTIONS** shall be filed by: December 15, 2014

**THE PARTIES WOULD LIKE A SETTLEMENT CONFERENCE:** The parties do not request a settlement conference.

**PRE-TRIAL CONFERENCE:** December  2014
The parties categorized this case as:
Complex  x_____(Ready for trial within 2 years)
Simple _____ _____(Ready for trial in less than one year)
Other _____(Explain)_____


**REFERRAL TO MAGISTRATE JUDGE:**  The Parties prefer this case not be referred to a magistrate judge.

**THIS CASE SHOULD BE READY FOR TRIAL** by: To Be Determined

**THE PARTIES WOULD LIKE FOR THE COURT TO SET A TRIAL DATE NOW:**

Yes___ _____ No X _____

**ANTICIPATED LENGTH OF TRIAL** _____2_____(days)

**JURY TRIAL REQUEST:** Yes_____x_____ No_____

AGREED TO BY:

/s/ James R. McKenzie                                    /s/ Ann Broussard
Counsel for Plaintiff(s)                                    Counsel for Defendant(s)
James R. McKenzie Attorney, PLLC
4055 Shelbyville Rd. Suite B
Louisville, KY 40207

Date:   September 18, 2013