UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT ASHLAND
Civil Minutes/Order - Telephonic Status/Scheduling Conference

**Ash. Civ. 13-96-HRW-CJS**　　　　at COVINGTON　　　　　　　　06/06/2017

**Quentin J. Thompson v. Midland Funding, LLC**

PRESENT:　　**HON. CANDACE J. SMITH, U.S. MAGISTRATE JUDGE**

**Kati Bramble**　　　　**KYED-COV_0-13-CV-96-HRW_20170606_102916**
Deputy Clerk　　　　　Audio File Number

I, Kati Bramble, CERTIFY the official record of this proceeding is an audio file.

**PLAINTIFF**　　　　　　　　　　　　　　　**ATTORNEYS**
Quentin J. Thompson　　　　　　　　　　　James Hays Lawson
　　　　　　　　　　　　　　　　　　　　　James R. McKenzie

**DEFENDANT**
Midland Funding, LLC　　　　　　　　　　　Jason B. Tompkins
　　　　　　　　　　　　　　　　　　　　　Leigh Gross Latherow

**PROCEEDINGS:**　　**TELEPHONIC STATUS/SCHEDULING CONFERENCE**

　　　　Case called for a telephonic Status/Scheduling Conference with counsel participating as noted above. The Court discussed with counsel action steps to move the case forward after the Court's recent Memorandum Order denying Defendant's Motion for Leave to Deposit Funds. Counsel reported that, prior to today's call, they conferred about the setting of an appropriate case schedule. Counsel propose the case proceed with an abbreviated, initial period of discovery limited to the merits of Plaintiff's claims against Defendant as an efficient procedure moving forward. Counsel explained that, in particular, there are legal issues concerning the statute of limitations that are unresolved under existing Kentucky law. An efficient use of time and resources for all concerned will be to conduct discovery on the claim merits and present dispositive motions for the Court's consideration. The parties suggested a four-month period to complete the merits discovery, with dispositive motions directed to the merits due approximately one month thereafter.

　　　　The Court and counsel also discussed Plaintiff's recently-filed Motion for an Order Addressing Class Action Discovery, Motion for Class Certification Date, and Briefing Schedule (R. 57). Counsel for Plaintiff confirmed that this Motion is now moot in light of the parties' proposal of engaging in merits discovery for this next phase of the case. Plaintiff has also filed a Motion to File First Amended Complaint (R. 56). Defendant does not oppose this Motion, and it will therefore be granted.

　　　　After discussion with counsel and being sufficiently advised, **IT IS ORDERED** that:

1. The following deadlines discussed during the Status/Scheduling Conference shall constitute the next phase for discovery and pretrial proceedings in this matter:

    a. <u>Completion of merits discovery</u>: on or before **October 6, 2017**
    *Supplementation of information as required by Rule 26(e) must also be completed by the above date.*

    b. <u>Status Report(s)</u>: on or before **October 6, 2017 (close of merits discovery)**
    *The report should indicate the progress of the case, status of any settlement negotiations, likelihood of settlement, and the timing and feasibility of alternative dispute resolution, including the parties' views on the method of resolution (i.e., mediation, arbitration, settlement conference with the court, summary jury trial, etc.).*

    c. <u>Dispositive motions directed to the merits</u> - on or before **November 6, 2017**
    *Time for filing responses and replies shall be governed by Local Rule 7.1(c).*

2. Plaintiff's Motion for an Order Addressing Class Action Discovery, Motion for Class Certification Date, and Briefing Schedule (R. 57) is **denied as moot.**

3. Plaintiff's Motion to File his First Amended Complaint (R. 56) is **granted** as unopposed. Plaintiff's tendered Amended Complaint (R. 56-1) shall be filed of record. Defendant shall have up to and including **June 27, 2017**, to answer or otherwise respond to the First Amended Class Action Complaint.



Signed By:
*Candace J. Smith*
**United States Magistrate Judge**

Deputy Clerk Init. **krb**

TIC: 21 mins.

J:\DATA\Orders\civil ashland\2013\13-96 ph status & schedg conf 6-6-17.wpd