UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
AT ASHLAND

CIVIL ACTION NO. 13-96-HRW-CJS

QUENTIN J. THOMPSON                                                          PLAINTIFF

v.                                            ORDER

MIDLAND FUNDING, LLC                                                         DEFENDANT

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the parties' filing of a Joint Status Report, in which the parties request an additional 45 days to file dispositive motions directed to the merits of this case. (R. 63). Therefore, the Court will construe the Joint Status Report as a Joint Motion to Extend the Dispositive Motion Deadline. This is the parties' first extension request, and their construed Motion sets forth good cause for the requested extension. Accordingly,

**IT IS ORDERED** that the construed Joint Motion to Extend the Dispositive Motion Deadline (R. 63) is hereby **granted.** The parties shall have up to and including **December 21, 2017** to file dispositive motions in this matter.

Dated this 12th day of October, 2017.



Signed By:
*Candace J. Smith*
United States Magistrate Judge

J:\DATA\Orders\civil ashland\2013\13-96 order granting JM to extend disp M ddl.wpd