## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF KENTUCKY
## ASHLAND DIVISION

| | | |
|---|---|---|
| Quentin J. Thompson, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 0:13-CV-00096-HRW |
| Midland Funding, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>JOINT STIPULATION OF DISMISSAL</u>

Plaintiff Quentin J. Thompson and Defendant Midland Funding, LLC hereby stipulate to

the dismissal, with prejudice, of the above style lawsuit and any and all claims contained therein.

The parties have entered a full and final settlement to dispose of all claims.  As a result, the

parties request that this case be dismissed with prejudice, with all costs taxed as paid.


Respectfully submitted,


*/s/ James R. McKenzie*
One of the Attorneys for Quentin Thompson

**OF COUNSEL:**

James R. McKenzie
Email: jmckenzie@jmckenzieatty.com
JAMES R. MCKENZIE ATTORNEY, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Telephone:     (502) 371-2179
Facsimile:      (502) 257-7309

James H. Lawson
Email: james@kyconsumerlaw.com
LAWSON AT LAW, PLLC
115 S. Sherrin Avenue, Suite 5
Louisville, KY 40207
Telephone: (502) 473-6525
Facsimile:     (502) 473-6561

*/s/ Jason B. Tompkins (by permission)*
One of the Attorneys for Midland

**OF COUNSEL**

| | |
|---|---|
| Jason B. Tompkins | Leigh Gross Latherow |
| E-mail: jtompkins@balch.com | Email: llatherow@vanattys.com |
| **BALCH & BINGHAM LLP** | **VANANTWERP ATTORNEYS LLP** |
| 1901 Sixth Avenue North | 1544 Winchester Avenue, Fifth Floor |
| Suite 1500 | P.O. Box 1111 |
| Birmingham, Alabama 35203 | Ashland, KY 41105 |
| Telephone:      (205) 251-8100 | Telephone:      (606) 329-2929 |
| Facsimile:      (205) 226-8798 | Facsimile:      (606) 329-0490 |

## CERTIFICATE OF SERVICE

I hereby certify that service will be perfected upon all counsel of record via electronic mail,

or the Court's CM/ECF system on this the 11th day of March, 2021.

*/s/ James R. McKenzie*
James R. McKenzie
*Counsel for Plaintiff*
*Quentin J. Thompson*

2