UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTRN DIVISION
ASHLAND

Civil Action No. 13-96-HRW

QUENTIN J. THOMPSON,                                                                 PLAINTIFF,

v.                                                **ORDER**

MIDLAND FUNDING, LLC,                                                              DEFENDANT.

This matter is before the Court upon the parties' Joint Stipulation of Dismissal [Docket No. 109].

Accordingly, **IT IS HEREBY ORDERED** that this matter be **DISMISSED WITH PREJUDICE** and stricken from the docket of this Court.

This 15th day of March 2021.

Signed By:
Henry R Wilhoit Jr.
**United States District Judge**